UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: CHAPTER 7

TRINITY INSULATION CO., INC. CASE NO. 07-01433-5-ATS

    Debtor.

REPORT OF SMALL DIVIDENDS UNDER
BANKRUPTCY RULE 3010

Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5.00 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the Clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 7 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | $.47 |
|  | TOTAL | $.47 |

This the 11th day of September, 2009.

*s/Gregory B. Crampton*
Gregory B. Crampton
State Bar #991
Chapter 7 Trustee
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina  27619
Telephone:  (919) 781-1311

Check no. 1009
O:\CH7 TR-GBC\A-Trinity Insulation\Small Dividend Report.wpd